IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DARRYL TULL, | § | |
| Defendant Below, | § | No. 354, 2018 |
| Appellant, | § | |
| | § | Court Below: Superior Court of |
| v. | § | the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1703017280 (S) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 20, 2018
Decided: August 28, 2018

**O R D E R**

On August 2, 2018, the Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for failure to comply with the Clerk's letters of July 12, 2018, which provided the appellant with forms for filing a notice of appeal and for waiver of the filing fee and instructed him to submit the completed forms by July 27, 2018. The appellant received the notice to show cause on August 7, 2018, but did not respond to it, and he has not submitted the forms or otherwise submitted the fee. Under these circumstances, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice